HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
*rwh@h2law.com*
Jay Young, Nevada Bar No. 5562
*jay@h2law.com*
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant Richard Beston*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY MORSE, as executor of the Estate of Donald L. Pratt – FB Estate of Donald L. Pratt, <br><br>      Plaintiff, <br><br> vs. <br><br> TEN X HOLDINGS, LLC, an Illinois limited liability company; RICHARD F. BESTON, an individual; BRIAN PEBLEY, an individual; JOHN BRANCH, an individual; DOES I through X; and ROE CORPORATIONS I through X, <br><br>      Defendants. | Case No. 17-cv-00073-JAD-(CWH) <br><br> **STIPULATION AND ORDER TO STAY DISCOVERY PENDING A DETERMINATION ON DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER** |

     Pursuant to Local Rules LR II 26-1 and LR II 26-4, Plaintiff Jeffrey Morse ("Plaintiff"), Defendant Ten X Holdings, LLC ("TXH"), Defendant Richard Beston ("Beston") and Defendant John Branch ("Branch" and together with TXH and Beston, "Defendants") submit this stipulation to stay discovery pending decisions on the Defendants' pending motions to transfer or dismiss:

**THE PENDING MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO ILLINOIS**

     1.     Plaintiff filed the Complaint on November 28, 2016 in the Eighth Judicial District

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

1     Court, Clark County, Nevada, Case No. A-16-747268-C.  (ECF 1-1).

2         2.       Beston was the first-appearing defendant, and removed this case on January 8, 2017.

3     (ECF 1).

4         3.       On February 1, 2017, Beston filed a Motion to Dismiss or Alternatively Transfer

5     Venue ("Beston's Motion to Dismiss").  (ECF 6 & 7).  In Beston's Motion to Dismiss he argues,

6     *inter alia*, that this case should be transferred to Illinois pursuant to forum selection clauses that are

7     contained in the underlying documents between the parties. (*Id.*).  Plaintiff filed an Opposition to

8     Beston's Motion to Dismiss on February 15, 2017 (ECF 10) and Beston filed his Reply on February

9     23, 2017 (ECF 13).

10         4.       On February 27, 2017, Branch filed a Motion to Dismiss or Alternatively Transfer

11     Venue ("Branch's Motion to Dismiss") which also argues, *inter alia*, that this case should be

12     transferred to Illinois pursuant to forum selection clauses that are contained in the underlying

13     documents between the parties.  (ECF 19).  Plaintiff filed an Opposition to Branch's Motion to

14     Dismiss on March 13, 2017 (ECF 24).

15         5.       On March 1, 2017, TXH filed a Motion to Transfer Venue or, Alternatively, to

16     Dismiss ("Ten X's Motion to Dismiss") which also argues, *inter alia*, that this case should be

17     transferred to Illinois pursuant to forum selection clauses that are contained in the underlying

18     documents between the parties.  (ECF 17 & 18).  Plaintiff filed an Opposition to TXH's Motion to

19     Dismiss on March 15, 2017 (ECF 25).

20                    **THE PENDING MOTION TO STAY DISCOVERY**

21         6.       On February 16, 2017, Beston filed a Motion to Stay Discovery Pending Resolution

22     of Beston's Motion to Dismiss ("Beston's Motion to Stay Discovery").  (ECF 11).  Plaintiff has not

23     opposed Beston's Motion to Stay Discovery.

24         7.       Absent this Stipulation, TXH and Branch would have filed joinders to Beston's

25     Motion to Stay Discovery and/or filed their own separate motions to stay discovery pending a

26     decision on their respective motions to dismiss or transfer this action.

27         8.       On March 16, 2017, the parties conducted a Rule 26(f) conference and agreed that

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483  FAX: (702) 567-1568

1  discovery in this action should be stayed until the Court has made rulings on Beston's Motion to

2  Dismiss, Branch's Motion to Dismiss and Ten X's Motion to Dismiss (collectively "Defendants'

3  Motions to Dismiss or Transfer").

### STIPULATION AND ORDER

5        Based on the foregoing, the parties hereby stipulate and agree as follows:

6        Discovery in this action shall be stayed pending decisions on Defendants' Motions to

7  Dismiss or Transfer on the grounds that (1) a stay of discovery will conserve both judicial resources

8  and the resources of the parties and (2) in the event this case is transferred to Illinois, discovery

9  should be conducted as set forth by an Illinois court.

10        The current deadline to submit the Stipulated Discovery Plan and Scheduling Order shall

11  be vacated.  In the event this case is transferred to Illinois, discovery will resume as provided by

12  the Illinois court and its local rules.  Alternatively, in the event this case is not dismissed or

13  transferred, the parties shall conduct another Rule 26(f) conference and then submit a proposed

14  Joint Discovery Plan within thirty days of the Court's decision on Defendants' Motions to Dismiss

15  or Transfer.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483  FAX: (702) 567-1568

1   Beston's pending Motion to Stay Discovery is hereby taken off calendar, as it is now moot

2   because the requested relief is provided by this Stipulation and Order.

3

4   DATED this 23rd day of March, 2017.        DATED this 23rd day of March, 2017.

5   MARQUIS AURBACH COFFING               HOWARD & HOWARD ATTORNEYS PLLC

6

7   By:  /s/ Jonathan Lee                        By:   /s/  Robert Hernquist
        Terry Coffing, Nevada Bar No. 4949            Robert Hernquist, Nevada Bar No. 10616
8       Jonathan Lee, Nevada Bar No. 13524            Jay Young, Nevada Bar No. 5562

9   *Attorneys for Plaintiff Jeffrey Morse, as*    *Attorneys for Defendant Richard Beston*
    *executor of the Esatet of Donald L. Pratt – FB*
10  *Estate of Donald L. Pratt*

11

12  DATED this 23rd day of March, 2017.        DATED this 23rd day of March, 2017.

13  MULLINER LAW GROUP CHTD

14  By:  /s/ Timothy Mulliner                     By:    /s/  John Branch
        Timothy Mulliner, Nevada Bar No. 10692
15                                                     John Branch

16  *Attorneys for Defendant Ten X Holdings, LLC*   *Defendant In Properia Persona*

17

18  IT IS ORDERED that the parties' stipulation (ECF No. 27) to stay discovery is
    GRANTED.
19  IT IS FURTHER ORDERED that if the defendants' motions to dismiss or to
    transfer are denied, the parties must meet and confer and file a stipulated
20  discovery plan within 21 days of the order denying those motions.
    IT IS FURTHER ORDERED that Defendant Richard Beston's motion to stay
21  discovery (ECF No. 11) is DENIED as moot.

22
    _____
23  UNITED STATES MAGISTRATE JUDGE

24  DATED: March 30, 2017
         _____

25

26

27

28

Page 4 of 4

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483  FAX: (702) 567-1568