# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY MORSE, | |
| Plaintiff, | Case No. 2:17-cv-00073-JAD-CWH |
| vs. | **ORDER** |
| TEN X HOLDINGS, LLC, et al., | |
| Defendants. | |

Presently before the court is Plaintiff Jeffrey Morse's Renewed Motion for Enlargement of Time to Effectuate Service of Brian Pebley (ECF No. 38), filed on May 15, 2017.

Also before the court is Plaintiff's Motion to Serve Defendant Brian Pebley by Publication (ECF No. 39), filed on May 15, 2017.

The court has read and considered the motions and finds that Plaintiff has exercised due diligence in attempting to personally serve Defendant Pebley. The court further finds that there is good cause to extend time to serve Defendant Pebley. The court therefore will grant Plaintiff an additional 90 days to serve Defendant Pebley by publication under Rule 4(e)(1) of the Federal Rules of Civil Procedure and under Rule 4(e)(1)(I) of the Nevada Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff Jeffrey Morse's Renewed Motion for Enlargement of Time to Effectuate Service of Brian Pebley (ECF No. 38) is GRANTED. Plaintiff's deadline to serve Defendant Brian Pebley is August 17, 2017.

IT IS FURTHER ORDERED that Plaintiff's Motion to Serve Defendant Brian Pebley by Publication (ECF No. 39) is GRANTED.

DATED: May 19, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**